UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LEE JOHNSEN,

        Plaintiff,

v.

OFFICER LARSON,

        Defendant.

Case No. C19-300-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed the proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. The case is **DISMISSED with prejudice**;

3. The Clerk shall send a copy of this Order to plaintiff.

DATED this 25 day of March, 2019.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL - 1